ALEX G. TSE (CABN 152348)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
CLAIRE T. CORMIER (CABN 154365)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5082
    FAX: (408) 535-5081
    claire.cormier@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

_____DIVISION

| | |
|---|---|
| WILLIAM CASTANARES VIRAY, | CASE NO. _____ |
| Plaintiff, | |
| v. | **NOTICE OF REMOVAL** |
| MOE BEDOLLA, et al., | |
| Defendants. | |

**TO:   United States District Court for the Northern District Of California**

| | |
|---|---|
| Clerk of the Court | William Castanares Viray |
| Superior Court of California | 229 Del Luz Court |
| County of Alameda / Small Claims | Fairfield, CA  94533 |
| Hayward Hall of Justice | 408.834.3787 |
| 24405 Amador Street | |
| Hayward, CA  94544 | |

**PLEASE TAKE NOTICE** that on this day **Case No. HS18911745** pending before the Alameda County Superior Court, Small Claims Department is being removed to the United States District Court for the Northern District of California pursuant to 28 U.S.C. §§ 1441(a), 1442(a)(1), and 2679(d) on behalf of Aftim Amin Saba, Eric Thomas, James Kim, Tina Balcazar, and Izamary Zamora,

NOTICE OF REMOVAL
Civil Case No.                                        1

("Defendants"). Upon the direction of the Attorney General of the United States and pursuant to 28 U.S.C. § 1446, the undersigned attorneys hereby present the following facts to the Judges of the United States District Court for the Northern District of California.

1.    On or about July 16, 2018, plaintiff William Castanares Viray ("Plaintiff") filed a "Plaintiff's Claim and ORDER to Go to Small Claims Court" ("Complaint") in Alameda County Superior Court against the following named defendants:

| Moe Bedolla | Aftim Amin Saba | Stanley Halfacre |
|---|---|---|
| 80 Lewis Rd., San Jose, CA 95111 | 1675 – 7th St., Oakland, CA 94615 | 80 Lewis Rd., San Jose, CA 95111 |
| Eric Thomas | James Kim | Laurie Duarte |
| 1675 – 7th St., Oakland, CA 94615 | 80 Lewis Rd., San Jose, CA 95111 | 80 Lewis Rd., San Jose, CA 95111 |
| Tina Balcazar | Izamary Zamora | John --- |
| 80 Lewis Rd., San Jose, CA 95111 | 80 Lewis Rd., San Jose, CA 95111 | 80 Lewis Rd., San Jose, CA 95111 |

In the Complaint, Plaintiff alleges that Defendants caused him lost wages, other expenses, and a loss of consortium.  Plaintiff states that he intends to "move [the case] to unlimited [...] because $10,000 is never enough" and further states that he intends to demand punitive damages. *See* **Exhibit A** – Complaint page 2, ¶ 3.  Plaintiff makes no other specific claims or allegations against Defendants.

2.    On or about July 16, 2018, the United States Attorney's Office received notification from the United States Postal Service, Pacific Area Law Office ("USPS Counsel") about this pending lawsuit. USPS Counsel noted that Plaintiff's claims appear virtually identical to those brought to Alameda Superior Court in case HS18910229, which was removed to District Court on August 1, 2018.  See *William Viray v. United States of America*, No. 18-cv-04634-EDL, (N.D. Cal. 2018).  The only difference between the two cases is that Plaintiff now names or partially names eight additional defendants, and he does not attach a narrative description of his allegations, as he did in the previous case. *See* **Exhibit B** – Form SC-100, Attachment to Complaint.

3.    The United States Attorney's Office received a copy of Plaintiff's Complaint, attached hereto as **Exhibit A**, by email from USPS counsel on July 16, 2018. The United States Attorney's Office has not been served as required by Rule 4(i) of the Federal Rules of Civil Procedure.  The United States Attorney's Office is aware Plaintiff attempted to serve Defendant Eric Thomas by certified mail on or about July 9, 2018 at his previous business address. *See* copy of envelope with certified mail tracking

NOTICE OF REMOVAL
Civil Case No.                                2

number, attached hereto as **Exhibit C**.  Exhibits A, B, and C constitute the only process or pleadings received in this case to date. Undersigned counsel is not aware of whether service has been attempted on any of the other named individual defendants.

4.      A Small Claims court trial was scheduled for October 30, 2018, at 9:00 a.m. in Department 511 of the Alameda County Superior Court. The trial and all pending court dates in Alameda County Superior Court should be automatically vacated upon filing this Notice of Removal.

5.      This action must be removed to the federal district court pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 2679(d)(2) and 28 U.S.C. § 1442(a)(1) because this is a tort action against officers or employees of a federal agency. The FTCA is the exclusive waiver of sovereign immunity for actions sounding in tort against federal employees acting within the scope of their employment. Federal courts have exclusive jurisdiction over FTCA claims. *See* 28 U.S.C. § 1346(b)(1).

6.      Pursuant to written delegation from Alex G. Tse, the United States Attorney for the Northern District of California, the Chief of the Civil Division has been authorized to exercise on behalf of the United States Attorney the authority vested in him by the Attorney General, pursuant to 28 C.F.R. § 15.4. The Chief of the Civil Division has certified that Defendants Saba, Thomas, Kim, Balcazar, and Zamora were acting within the course and scope of their employment at the United States Postal Service at all times material to such alleged incidents. *See* **Certifications** pursuant to 28 U.S.C. § 2679(d) attached hereto as **Exhibit D**. These certifications are conclusive for purposes of removal.  28 U.S.C. § 2679(d)(2). Upon certification by the Attorney General, this action shall be removed to the District Court any time prior to trial. Thus, this Notice of Removal is timely.

7.      Upon removal, the United States is automatically substituted for Defendants Saba, Thomas, Kim, Balcazar, and Zamora, and this action will proceed as an action against the United States of America pursuant to 28 U.S.C. § 2679(d).

8.      A federal defendant removing under Section 1442 must demonstrate three things – that it is a "person" within the meaning of the statute, that there is a "causal nexus" between its actions and plaintiff's claim, and that it can assert a "colorable federal defense." *Durham v. Lockheed Martin Corp.*, 445 F.3d 1247, 1251 (9th Cir. 2006). Here, the federal defendant has met the three-part test for removal set forth in *Durham*. With respect to the third requirement, "colorable" is interpreted broadly because

NOTICE OF REMOVAL
Civil Case No.                                         3

"one of the most important reasons for removal is to have the validity of the defense of official immunity tried in a federal court." *Jefferson County v. Acker*, 527 U.S. 423, 431 (1999).

9. This action is one arising under the Constitution and laws of the United States, and it is therefore an action over which the District Courts of the United States have original jurisdiction. A civil action in state court seeking damages from federal officials for acts taken under color of federal office may be removed to federal court provided that the defendant has a colorable defense or can otherwise articulate a connection between the performance of his duties and the acts or omissions alleged. *See* 28 U.S.C. § 1331; 28 U.S.C. § 1441(a) (permitting removal of actions over which the district courts have original jurisdiction).

10. Pursuant to Civil Local Rule 3-2(f), assignment to the San Francisco and Oakland Division is proper because the action was originally filed in Alameda County.

11. A copy of this Notice of Removal of Civil Action is being served on the Plaintiff and filed with the Clerk of the Alameda County Superior Court, Small Claims Department. This filing will automatically effect the removal action described above in its entirety to this Court for all future proceedings pursuant to 28 U.S.C. § 1446(d).

DATED: August 13, 2018                    Respectfully submitted,

                                          ALEX G. TSE
                                          United States Attorney

                                          */s/ Claire T. Cormier*

                                          CLAIRE T. CORMIER
                                          Assistant United States Attorney
                                          Attorneys for Federal Defendant

NOTICE OF REMOVAL
Civil Case No.                    4

# EXHIBIT A

**SC-100**

# Plaintiff's Claim and ORDER to Go to Small Claims Court

*Clerk stamps date here when form is filed.*

## Notice to the person being sued:

- You are the defendant if your name is listed in ② on page 2 of this form. The person suing you is the plaintiff, listed in ① on page 2.

- You and the plaintiff must go to court on the trial date listed below. If you do not go to court, you may lose the case.

- If you lose, the court can order that your wages, money, or property be taken to pay this claim.

- Bring witnesses, receipts, and any evidence you need to prove your case.

- Read this form and all pages attached to understand the claim against you and to protect your rights.

## Aviso al Demandado:

- Usted es el Demandado si su nombre figura en ② de la página 2 de este formulario. La persona que lo demanda es el Demandante, la que figura en ① de la página 2.

- Usted y el Demandante tienen que presentarse en la corte en la fecha del juicio indicada a continuación. Si no se presenta, puede perder el caso.

- Si pierde el caso la corte podría ordenar que le quiten de su sueldo, dinero u otros bienes para pagar este reclamo.

- Lleve testigos, recibos y cualquier otra prueba que necesite para probar su caso.

- Lea este formulario y todas las páginas adjuntas para entender la demanda en su contra y para proteger sus derechos.

*Fill in court name and street address:*

Superior Court of California, County of Alameda
Hayward Hall of Justice
24405 Amador Street
Hayward, CA   94544

*Clerk fills in case number and case name:*

**Case Number:**
HS18911745

**Case Name:**
Viray VS Bedolla

## Order to Go to Court

**The people in ① and ② must go to court on:** *(Clerk fills out section below)*

| Trial Date | Date | Time | Department | Name and address of court if different from above |
|---|---|---|---|---|
| | 1. 10/30/2018 | 09:00 AM | 511 | 24405 Amador Street, Hayward |
| | 2. | | | |
| | 3. | | | |

Date:      **07/06/2018**          Clerk by, _Stefanie Browe_ digital , Deputy

## Instructions for the person suing:

- You are the plaintiff. The person you are suing is the defendant.

- *Before* you fill out this form, read Form SC-100-INFO, *Information for the Plaintiff,* to know your rights. Get SC-100-INFO at any courthouse or county law library, or go to *www.courts.ca.gov/smallclaims/forms.*

- Fill out pages 2 and 3 of this form. Then make copies of **all** pages of this form. (Make one copy for each party named in this case and an extra copy for yourself.) Take or mail the original and these copies to the court clerk's office and pay the filing fee. The clerk will write the date of your trial in the box above.

- You must have someone at least 18—not you or anyone else listed in this case—give each defendant a court-stamped copy of all five pages of this form and any pages this form tells you to attach. There are special rules for "serving," or delivering, this form to public entities, associations, and some businesses. See Forms SC-104, SC-104B, and SC-104C.

- **Go to court on your trial date listed above.** Bring witnesses, receipts, and any evidence you need to prove your case.

Judicial Council of California, *www.courts.ca.gov*
Revised January 1, 2017, Mandatory Form
Code of Civil Procedure, §§ 116.110 et seq.,
116.220(c), 116.340(g)

**Plaintiff's Claim and ORDER to Go to Small Claims Court (Small Claims)**

SC-100, Page 1 of 12

→

Plaintiff *(list names)*: William Castanares Viray

| Case Number: |
| --- |
| HS18911745 |

① **The plaintiff (the person, business, or public entity that is suing) is:**

Name: William Castanares Viray        Phone: (408) 834-3787

Street address: 229 Del Luz Court      Fairfield    CA    94533
_Street_                                  _City_        _State_   _Zip_

Mailing address *(if different)*:
_Street_                                  _City_        _State_   _Zip_

**If more than one plaintiff, list next plaintiff here:**

Name:                                   Phone:

Street address:
_Street_                                  _City_        _State_   _Zip_

Mailing address *(if different)*:
_Street_                                  _City_        _State_   _Zip_

☐ *Check here if more than two plaintiffs and attach Form SC-100A.*

☐ *Check here if either Plaintiff listed above is doing business under a fictitious name. If so, attach Form SC-103.*

☐ *Check here if any Plaintiff is a "licensee" or "deferred deposit originator" (payday lender) under Financial Code sections 23000 et seq.*

② **The defendant (the person, business, or public entity that is being sued) is:**

Name: Moe Bedolla                       Phone: (408) 281-8506

Street address: 80 Lewis Road          San Jose     CA    95111
_Street_                                  _City_        _State_   _Zip_

Mailing address *(if different)*:
_Street_                                  _City_        _State_   _Zip_

**If the defendant is a corporation, limited liability company, or public entity, list the person or agent authorized for service of process here:**

Name:                              Job title, if known:

Address:
_Street_                                  _City_        _State_   _Zip_

☒ *Check here if your case is against more than one defendant, and attach form SC-100A..*

☐ *Check here if any defendant is on active military duty, and write his or her name here:*

③ **The plaintiff claims the defendant owes $ 10,000.00.** *(Explain below):*

a. Why does the Defendant owe the plaintiff money?
**I loss wages which is not even included loss of consortium and other expenses. I will move it to unlimited case because $10,000 is never enough I'm demanding for punitive damages.**

b. When did this happen? *(Date):*    **8-2009**
If no specific date, give the time period: *Date started:* **8-2009**        *Through:* **present**

c. How did you calculate the money owed to you? *(Do not include court costs or fees for service.)* **Income and estimate.**

☐ *Check here if you need more space. Attach one sheet of paper or Form MC-031 and write "SC-100, Item 3" at the top.*

Revised January 1, 2017                    **Plaintiff's Claim and ORDER**                     SC-100, Page 2 of 12
                                    **to Go to Small Claims Court**
                                           **(Small Claims)**                                    →

Plaintiff (*list names*): William Castanares Viray

Case Number:
HS18911745

④ **You must ask the defendant (in person, in writing, or by phone) to pay you before you sue. If your claim is for possession of property, you must ask the defendant to give you the property.**
**Have you done this?** [X] Yes [ ] No
*If no explain why not:*

⑤ **Why are you filing your claim at this courthouse?**
**This courthouse covers the area** (*check the one that applies*):

a. [ ] (1) Where the Defendant lives or does business.
(2) Where the plaintiff's property was damaged.
(3) Where the plaintiff was injured.

(4) Where a contract (written or spoken) was made, signed, performed, or broken by the Defendant *or* where the Defendant lived or did business when the Defendant made the contract.

b. [ ] Where the buyer or lessee signed the contract, lives now, or lived when the contract was made, if this claim is about an offer or contract for personal, family, or household goods, services, or loans. (*Code Civ. Proc., § 395(b).*)

c. [ ] Where the buyer signed the contract, lives now, or lived when the contract was made, if this claim is about a retail installment contract (like a credit card). (*Civil Code, § 1812.10*)

d. [ ] Where the buyer signed the contract, lives now, or lived, when the contract was made, or where the vehicle is permanently garaged, if this claim is about a vehicle finance sale. (*Civil Code, § 2984.4*)

e. [X] Other (*specify*): **I filed in the Santa Clara County Superior Court and court does not understand what I wrote.**

⑥ List the zip code of the place checked in ⑤ above (*if you know*): **94615**

⑦ **Is your claim about an attorney-client fee dispute?** [ ] Yes [X] No
*If yes, and if you have had arbitration, fill out Form SC-101, attach it to this form and check here:* [ ]

⑧ **Are you suing a public entity?** [ ] Yes [X] No
*If yes, you must file a written claim with the entity first.* [ ] *A claim was filed on (date):*
*If the public entity denies your claim or does not answer within the time allowed by law, you can file this form.*

⑨ **Have you filed more than 12 other small claims within the last 12 months in California?**
[ ] Yes [X] No   *If yes, the filing fee for this case will be higher.*

⑩ **Is your claim for more than $2500?** [X] Yes [ ] No

If yes, I have not filed, and understand that I cannot file, more than two small claims cases for more than $2500 in California during this calendar year.

⑪ **I understand that by filing a claim in small claims court, I have no right to appeal this claim.**

I declare, under penalty of perjury under California State law, that the information above and on any attachments to this form is true and correct.

Date: **07/06/2018**             **William Castanares Viray**             Signature on File ▶

_____             *Plaintiff types or prints name here*             *Plaintiff signs here*

Date:                                                                             ▶

_____             *Second plaintiff types or prints name here*             *Second plaintiff signs here*



**Requests for Accommodations**
Assistive listening systems, computer-assisted, real-time captioning, or sign language interpreter services are available if you ask at least five days before the trial. Contact the clerk's office for Form MC-410, *Request for Accommodations by Persons With Disabilities and Response. (Civ. Code, § 54.8.)*

## SC-100    Information for the Defendant (the person being sued)

"Small claims court" is a special court where claims for $10,000 or less are decided. Individuals, including "natural persons" and sole proprietors, may claim up to $10,000. Corporations, partnerships, public entities, and other businesses are limited to claims of $5,000. (See below for exceptions.*) The process is quick and cheap. The rules are simple and informal. You are the defendant—the person being sued. The person who issuing you is the plaintiff.

**Do I need a lawyer?** You may talk to a lawyer before or after the case. But you may not have a lawyer represent you in court (unless this is an appeal from a small claims case).

**How do I get ready for court?** You don't have to file any papers before your trial, unless you think this is the wrong court for your case. But bring to your trial any witnesses, receipts, and evidence that supports your case. And read "Be Prepared for Your Trial" at www.courts.ca.gov/smallclaims/prepare.

**What if I need an accommodation?** If you have a disability or are hearing impaired, fill out form MC-410, Request for Accommodations. Give the form to your court clerk or the ADA/Access Coordinator.

**What if I don't speak English well?** Ask the court clerk as soon as possible if your court has a court-provided interpreter available and how to request one. A court-provided interpreter may not be available. Alternatively, you may bring an adult who is not a witness or an attorney to interpret for you or ask the court for a list of interpreters for hire.

**Where can I get the court forms I need?** Go to any courthouse or your county law library, or print forms at www.courts.ca.gov/smallclaims/forms.

**What happens at the trial?** The judge will listen to both sides. The judge may make a decision at your trial or mail the decision to you later.

**What if lose the case?** If you lose, you may appeal. You'll have to pay a fee. (Plaintiffs cannot. appeal their own claims.)

- If you were at the trial, file form SC-140, Notice of Appeal. You must file within 30 days after the clerk hands or mails you the judge's decision (judgment) on form SC-200 or form SC-130, Notice of Entry of Judgment.
- If you were not at the trial, fill out and file form SC-135, Notice of Motion to Vacate Judgment and Declaration, to ask the judge to cancel the judgment (decision). If the judge does not give you a new trial, you have 10 days to appeal the decision. File form SC-140.

For more information on appeals, see *www.courts.ca.gov/small claims/appeals.*

### Do I have options?

Yes. If you are being sued, you can:

- **Settle your case before the trial.** If you and the plaintiff agree on how to settle the case, the plaintiff must file form CIV-110, Request for Dismissal, with the clerk. Ask the Small Claims Advisor for help.

- **Prove this is the wrong court.** Send a letter to the court before your trial explaining why you think this is the wrong court. Ask the court to dismiss the claim. You must serve (give) a copy of your letter (by mail or in person) to all parties. (Your letter to the court must say you have done so.)

- **Go to the trial and try to win your case.** Bring witnesses, receipts, and any evidence you need to prove your case. To have the court order a witness to go to the trial, fill out form SC-107 (Small Claims Subpoena) and have it served on the witness.

- **Sue the person who is suing you.** If you have a claim against the plaintiff, and the claim is appropriate for small claims court as described on this form, you may file Defendant's Claim (form SC-120) and bring the claim in this action. If your claim is for more than allowed in small claims court, you may still file it in small claims court if you give up the amount over the small claims value amount, or you may file a claim for the full value of the claim in the appropriate court. If your claim is for more than allowed in small claims court and relates to the same contract, transaction, matter, or event that is the subject of the plaintiff's claim, you may file your claim in the appropriate court and file a motion to transfer the plaintiff's 's claim to that court to resolve both matters together. You can see a description of the amounts allowed in the paragraph above titled

  **"Small Claims Court."**

- **Agree with the plaintiff's claim and pay the money.** Or, if you can't pay the money now, go to your trial and say you want to make payments.

- **Let the case "default."** If you don't settle and do not go to the trial (default), the judge may give the plaintiff what he or she is asking for plus court costs. If this happens, the plaintiff can legally take your money, wages, and property to pay the judgment.

### What if I need more time?
You can change the trial date if:
- You cannot go to court on the scheduled date (you will have to pay a fee to postpone the trial), *or*
- You did not get served (receive this order to go to court) at least 15 days before the trial (or 20 days if you live outside the county), *or*
- You need more time to get an interpreter. One postponement is allowed, and you will not have to pay a fee to delay the trial.

Ask the Small Claims Clerk about the rules and fees for postponing a trial. Or fill out Form SC-150 (or write a letter) and mail it to the court and to all other people listed on your papers before the deadline. Enclose a check for your court fees, unless a fee waiver was granted.

 **Need help?**
Your county's Small Claims Advisor can help for free.
Call (510) 272-1393

Or go to *www.courts.ca.gov/smallclaims/advisor*

* Exceptions: Different limits apply in an action against a defendant who is a guarantor. (See Code Civ. Proc., § 116.220(c).)

## SC-100 — Información para el demandado (la persona demandada)

La "**Corte de reclamos menores**" es una corte especial donde se deciden casos por $10,000 o menos. Los individuos, o sea las "personas físicas" y los propietarios por cuenta propia, pueden reclamar hasta $10,000. Las corporaciones, asociaciones, entidades públicas y otras empresas solo pueden reclamar hasta $5,000. (Vea abajo para las excepciones.*) El proceso es rápido y barato. Las reglas son sencillas e informales. Usted es el Demandado—la persona que se está demandando. La persona que lo está demandando es el Demandante.

**¿Necesito un abogado?** Puede hablar con un abogado antes o después del caso. Pero no puede tener a un abogado que lo represente ante la corte (a menos que se trate de una apelación de uncaso de reclamos menores).

**¿Cómo me preparo para ir a la corte?** No tiene que presentar ningunos papeles antes del juicio, a menos que piense que ésta es la corte equivocada para su caso. Pero lleve al juicio cualquier testigos, recibos y pruebas que apoyan su caso. Y lea "Esté preparado para su juicio" en www.courts.ca.gov/reclamosmenores/preparese.

**¿Qué hago si necesito una adaptación?** Si tiene una discapacidad o tiene impedimentos de audición, llene el formulario MC-410, Request for Accomodations. Entregue el formulario al secretario de la corte o al Coordinador de Acceso/ADA de su corte.

**¿Qué pasa si no hablo bien inglés?** Pregúntele al secretario de la corte lo más pronto posible si en el juzgado habrá un intérprete disponible y cómo solicitarlo. No siempre están disponibles los intérpretes de la corte. Otra opción es llevar a un adulto que pueda interpretar para usted siempre que esa persona no sea un testigo ni un abogado. O puede pedir a la corte una lista de intérpretes particulares disponibles para contratar.

**¿Dónde puedo obtener los formularios de la corte que snecesito?** Vaya a cualquier edificio de la corte, la biblioteca legal de su condado,o imprima los formularios en www.courts.ca.gov/smallclaims/forms (página está en inglés).

**¿Qué pasa en el juicio?** El juez escuchará a ambas partes. El juez puede tomar su decisión durante la audiencia o enviársela por correo después..

**¿Qué pasa si pierdo el caso?** Si pierde, puede apelar. Tendrá que pagar una cuota. (El Demandante no puede apelar su propio reclamo.).

- Si estuvo presente en el juicio, llene el formulario SC-140, Aviso de apelación (Notice of Appeal). Tiene que presentarlo dentro de 30 días después de que el secretario le entregue o envíe la decisión (fallo) del juez en el formulario SC-200 o SC-130, *Aviso de publicación del fallo* (Notice of Entry of Judgment).

- Si no estuvo en el juicio, llene y presente el formulario SC-135, *Aviso de petición para anular el fallo y Declaración* para pedirle al juez que anule el fallo (decisión). Si la corte no le otorga un nuevo juicio, tiene 10 días para apelar la decisión. Presente el formulario SC-140.Para obtener más información sobre las apelaciones, vea *www.courts.ca.gov/reclamosmenores/apelaciones*.

**¿Tengo otras opciones?** Sí. Si lo están demandando, puede:

- **Resolver su caso antes del juicio.** Si usted y el Demandante se ponen de acuerdo en cómo resolver el caso, el Demandante tiene que presentar el formulario CIV-110, Solicitud de desestimación (Request for Dismissal) ante el secretario de la corte. Pídale al Asesor de Reclamos Menores que lo ayude.

- **Probar que es la corte equivocada.** Envíe una carta a la corte *antes* del juicio explicando por qué cree que es la corte equivocada. Pídale a la corte que despida el reclamo.Tiene que entregar (dar) una copia de su carta (por correo o en persona) a todas las partes. (Su carta a la corte tiene que decir que hizo la entrega.)

- **Ir al juicio y tratar de ganar el caso.** Lleve testigos, recibos y cualquier prueba que necesite para probar su caso. Si desea que la corte emita una orden de comparecencia para que los testigos vayan al juicio, llene el formulario SC-107, *Citatorio de reclamos menores* (Small Claims Subpoena) y entrégueselo legalmente al testigo.

- **Demandar a la persona que lo demandó.** Si tiene un reclamo contra el Demandante, y el reclamo se puede presentar en la corte de reclamos menores, tal como se describe en este formulario, puede presentar el formulario SC-120, *Reclamo del demandado* (Defendant's Claim) y presentarlo en este mismo caso. Si su reclamo excede el límite permitido en la corte de reclamos menores, puede igualmente presentarlo en la corte de reclamos menores si está dispuesto a limitar su reclamo al máximo permitido, o puede presentar un reclamo por el monto total en la corte apropiada. Si su reclamo excede el límite permitido en la corte de reclamos menores y está relacionado conel mismo contrato, transacción, asunto o acontecimiento que el reclamo del Demandante, puede presentar su reclamo en la corteapropiada y presentar una moción para transferir el reclamo del Demandante a dicha corte, para poder resolver los dos reclamos juntos. Puede ver una descripción de los montos permitidos en el párrafo anterior titulado "Corte de reclamos menores".

- **Aceptar el reclamo del Demandante y pagar el dinero.** O, si no puede pagar en ese momento, vaya al juicio y diga que quiere hacer los pagos.

- **No ir al juicio y aceptar el fallo por falta de comparecencia.** Si no llega a un acuerdo con el Demandante y no va al juicio (fallo por falta de comparecencia), el juez le puede otorgar al Demandante lo que está reclamando más los costos de la corte. En ese caso, el Demandante legalmente puede tomar su dinero, su sueldo o sus bienes para cobrar el fallo.

**¿Qué hago si necesito más tiempo?** Puede cambiar la fecha del juicio si:

- No puede ir a la corte en la fecha programada (tendrá que pagar una cuota para aplazar el juicio), o

- No le entregaron los documentos legalmente (no recibió la orden para ir a la corte) por lo menos 15 días antes del juicio (ó 20 días si vive fuera del condado), o

- Necesita más tiempo para conseguir intérprete. (Se permite un solo aplazamiento sin tener que pagar cuota para aplazar el juicio).

Pregúntele al secretario de reclamos menores sobre las reglas y lascuotas para aplazar un juicio. O llene el formulario SC-150 (o escribauna carta) y envíelo antes del plazo a la corte y a todas las otras personas que figuran en sus papeles de la corte. Adjunte un cheque para pagar los costos de la corte, a menos que le hayan dado una exención.

 **¿Necesita ayuda?** El Asesor de Reclamos Menores de su condado le puede ayudar sin cargo.

Call (510) 272-1393

- visit www.courts.ca.gov/reclamosmenores/asesores

* Excepciones: Existen diferentes límites en un reclamo contra un garante. . (Vea el Código de Procedimiento Civil, sección 116.220 (c).)

**Reclamo del demandante y ORDEN
para ir a la Corte de reclamos menores
(Reclamos Menores)**

**SC-100A**  **Other Plaintiffs or Defendants**

| Case Number: |
| --- |
| HS18911745 |

[X] This form is attached to Form SC-100, Item 1 or 2.

① **If more than two plaintiffs (person, business, or entity suing), list their information below:**

Other plaintiff's name: _____

Street address: _____ Phone: _____

City: _____ State: _____ Zip: _____

Mailing address *(if different):* _____

City: _____ State: _____ Zip: _____

*Is this Plaintiff doing business under a fictitious name?* [ ] Yes [ ] No *If yes, attach Form SC-103.*

Other plaintiff's name: _____

Street address: _____ Phone: _____

City: _____ State: _____ Zip: _____

Mailing address *(if different):* _____

City: _____ State: _____ Zip: _____

*Is this Plaintiff doing business under a fictitious name?* [ ] Yes [ ] No *If yes, attach Form SC-103.*

[ ] *Check here if more than 4 plaintiffs and fill out and attach another Form SC-100A.*

② **If more than one defendants (person, business, or entity being sued), list their information below:**

Other defendant's name: Aftim Amin Saba _____

Street address: 1675 - 7th St _____ Phone: _____

City: Oakland _____ State: CA Zip: 94615

Mailing address *(if different):* _____

City: _____ State: _____ Zip: _____

If this defendant is a corporation, limited liability company, or public entity, list the person or agent authorized for service of process:

Name: _____ Job Title, if Known: _____

Address: _____

City: _____ State: _____ Zip: _____

[X] *Check here if more than two Defendants and fill out and attach another Form SC-100A.*

③ **Is your claim for more than $2500?** [X] Yes [ ] No

If yes, I have not filed, and understand that I cannot file, more than two small claims cases for more than $2500 in California during this calendar year.

④ **I understand that by filing a claim in small claims court, I have no right to appeal this claim.**

I declare under penalty of perjury under California state law that the information above and on any attachments t this form is true and correct.

Date: _____

_____          ▶ _____
*Type or print your name*          *Sign your name*

Date: _____

_____          ▶ _____
*Type or print your name*          *Sign your name*

Revised January 1, 2017

**Other Plaintiffs or Defendants**
(Attachment to Plaintiff's claim and
ORDER to Go to Small Claims Court)

SC-100, Page 6 of 12

➔

| SC-100A | Other Plaintiffs or Defendants | Case Number: |
|---------|--------------------------------|--------------|
|         |                                | HS18911745   |

[X] This form is attached to Form SC-100, Item 1 or 2.

① **If more than two plaintiffs (person, business, or entity suing), list their information below:**

Other plaintiff's name: _____

Street address: _____ Phone: _____

City: _____ State: _____ Zip: _____

Mailing address *(if different):* _____

City: _____ State: _____ Zip: _____

*Is this Plaintiff doing business under a fictitious name?* [ ] Yes [ ] No *If yes, attach Form SC-103.*

Other plaintiff's name: _____

Street address: _____ Phone: _____

City: _____ State: _____ Zip: _____

Mailing address *(if different):* _____

City: _____ State: _____ Zip: _____

*Is this Plaintiff doing business under a fictitious name?* [ ] Yes [ ] No *If yes, attach Form SC-103.*

[ ] *Check here if more than 4 plaintiffs and fill out and attach another Form SC-100A.*

② **If more than one defendants (person, business, or entity being sued), list their information below:**

Other defendant's name: Stanley Halfacre

Street address: 80 Lewis Road      Phone:      (408) 281-8506

City: San Jose      State: CA      Zip: 95111

Mailing address *(if different):* _____

City: _____ State: _____ Zip: _____

If this defendant is a corporation, limited liability company, or public entity, list the person or agent authorized for service of process:

Name: _____ Job Title, if Known: _____

Address: _____

City: _____ State: _____ Zip: _____

[X] *Check here if more than two Defendants and fill out and attach another Form SC-100A.*

③ **Is your claim for more than $2500?** [X] Yes [ ] No

If yes, I have not filed, and understand that I cannot file, more than two small claims cases for more than $2500 in California during this calendar year.

④ **I understand that by filing a claim in small claims court, I have no right to appeal this claim.**
I declare under penalty of perjury under California state law that the information above and on any attachments this form is true and correct.

Date: _____

_____          ▶ _____
*Type or print your name*                *Sign your name*

Date: _____

_____          ▶ _____
*Type or print your name*                *Sign your name*

Revised January 1, 2017

**Other Plaintiffs or Defendants**
(Attachment to Plaintiff's claim and
ORDER to Go to Small Claims Court)

SC-100, Page 7 of 12

→

| **SC-100A** | **Other Plaintiffs or Defendants** | Case Number: HS18911745 |
|---|---|---|

[X] This form is attached to Form SC-100, Item 1 or 2.

① **If more than two plaintiffs (person, business, or entity suing), list their information below:**

Other plaintiff's name: _____

Street address: _____ Phone: _____

City: _____ State: _____ Zip: _____

Mailing address *(if different):* _____

City: _____ State: _____ Zip: _____

*Is this Plaintiff doing business under a fictitious name?* [ ] Yes  [ ] No *If yes, attach Form SC-103.*

Other plaintiff's name: _____

Street address: _____ Phone: _____

City: _____ State: _____ Zip: _____

Mailing address *(if different):* _____

City: _____ State: _____ Zip: _____

*Is this Plaintiff doing business under a fictitious name?* [ ] Yes  [ ] No *If yes, attach Form SC-103.*

[ ] *Check here if more than 4 plaintiffs and fill out and attach another Form SC-100A.*

② **If more than one defendants (person, business, or entity being sued), list their information below:**

Other defendant's name:  Eric Thomas

Street address: 1675 - 7th St    Phone:    (408) 281-8506

City:  Oakland    State:  CA    Zip: 94615

Mailing address *(if different):* _____

City: _____ State: _____ Zip: _____

If this defendant is a corporation, limited liability company, or public entity, list the person or agent authorized for service of process:

Name: _____ Job Title, if Known: _____

Address: _____

City: _____ State: _____ Zip: _____

[X] *Check here if more than two Defendants and fill out and attach another Form SC-100A.*

③ **Is your claim for more than $2500?** [X] Yes    [ ] No

If yes, I have not filed, and understand that I cannot file, more than two small claims cases for more than $2500 in California during this calendar year.

④ **I understand that by filing a claim in small claims court, I have no right to appeal this claim.**

I declare under penalty of perjury under California state law that the information above and on any attachments t this form is true and correct.

Date: _____

_____        ▶ _____
*Type or print your name*                *Sign your name*

Date: _____

_____        ▶ _____
*Type or print your name*                *Sign your name*

Revised January 1, 2017

**Other Plaintiffs or Defendants**
(Attachment to Plaintiff's claim and
ORDER to Go to Small Claims Court)

SC-100, Page 8 of 12

→

**SC-100A**   **Other Plaintiffs or Defendants**

Case Number:
HS18911745

[X] This form is attached to Form SC-100, Item 1 or 2.

① **If more than two plaintiffs (person, business, or entity suing), list their information below:**

Other plaintiff's name: _____
Street address: _____   Phone: _____
City: _____   State: _____   Zip: _____
Mailing address (if different): _____
City: _____   State: _____   Zip: _____
Is this Plaintiff doing business under a fictitious name?  [ ] Yes  [ ] No  If yes, attach Form SC-103.

Other plaintiff's name: _____
Street address: _____   Phone: _____
City: _____   State: _____   Zip: _____
Mailing address (if different): _____
City: _____   State: _____   Zip: _____
Is this Plaintiff doing business under a fictitious name?  [ ] Yes  [ ] No  If yes, attach Form SC-103.
[ ] Check here if more than 4 plaintiffs and fill out and attach another Form SC-100A.

② **If more than one defendants (person, business, or entity being sued), list their information below:**

Other defendant's name:  James Kim
Street address:  80 Lewis Rd   Phone:   (408) 281-8506
City:   San Jose   State:  CA   Zip:  95111
Mailing address (if different): _____
City: _____   State: _____   Zip: _____
If this defendant is a corporation, limited liability company, or public entity, list the person or agent authorized for service of process:
Name: _____   Job Title, if Known: _____
Address: _____
City: _____   State: _____   Zip: _____
[XX] Check here if more than two Defendants and fill out and attach another Form SC-100A.

③ **Is your claim for more than $2500?**  [X] Yes   [ ] No
If yes, I have not filed, and understand that I cannot file, more than two small claims cases for more than $2500 in California during this calendar year.

④ **I understand that by filing a claim in small claims court, I have no right to appeal this claim.**
I declare under penalty of perjury under California state law that the information above and on any attachments t this form is true and correct.
Date: _____

▶

_____   _____
Type or print your name   Sign your name

Date: _____

▶

_____   _____
Type or print your name   Sign your name

| **SC-100A** | **Other Plaintiffs or Defendants** | Case Number: HS18911745 |
| --- | --- | --- |

[X] This form is attached to Form SC-100, Item 1 or 2.

**① If more than two plaintiffs (person, business, or entity suing), list their information below:**

Other plaintiff's name: _____

Street address: _____    Phone: _____

City: _____    State: _____    Zip: _____

Mailing address *(if different):* _____

City: _____    State: _____    Zip: _____

*Is this Plaintiff doing business under a fictitious name?* [ ] Yes [ ] No *If yes, attach Form SC-103.*

Other plaintiff's name: _____

Street address: _____    Phone: _____

City: _____    State: _____    Zip: _____

Mailing address *(if different):* _____

City: _____    State: _____    Zip: _____

*Is this Plaintiff doing business under a fictitious name?* [ ] Yes [ ] No *If yes, attach Form SC-103.*

[ ] *Check here if more than 4 plaintiffs and fill out and attach another Form SC-100A.*

**② If more than one defendants (person, business, or entity being sued), list their information below:**

Other defendant's name: Laurie Duarte

Street address: 80 Lewis Rd    Phone: (408) 281-8506

City: San Jose    State: CA    Zip: 95111

Mailing address *(if different):* _____

City: _____    State: _____    Zip: _____

If this defendant is a corporation, limited liability company, or public entity, list the person or agent authorized for service of process:

Name: _____    Job Title, if Known: _____

Address: _____

City: _____    State: _____    Zip: _____

[XX] *Check here if more than two Defendants and fill out and attach another Form SC-100A.*

**③ Is your claim for more than $2500?** [X] Yes [ ] No

If yes, I have not filed, and understand that I cannot file, more than two small claims cases for more than $2500 in California during this calendar year.

**④ I understand that by filing a claim in small claims court, I have no right to appeal this claim.**

I declare under penalty of perjury under California state law that the information above and on any attachments to this form is true and correct.

Date: _____

_____    ▶ _____

*Type or print your name*    *Sign your name*

Date: _____

_____    ▶ _____

*Type or print your name*    *Sign your name*

# EXHIBIT B

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Viray VS Bedolla | HS18911745 |

ADDITIONAL ADDRESSEES

William Castanares Viray
229 Del Luz Court
Fairfield, CA   94533____
(408) 834-3787

Moe Bedolla
80 Lewis Road
San Jose, CA   95111____
(408) 281-8506



Aftim Amin Saba
1675 - 7th St
Oakland, CA   94615____

*Hi Zep,*
*Requesting your*
*expertise on*
*this.*

*Labor Relations*
*Oakland P DC*

Stanley Halfacre
80 Lewis Road
San Jose, CA   95111____
(408) 281-8506

Eric Thomas /
1675 - 7th St
Oakland, CA   94615____
(408) 281-8506

James Kim
80 Lewis Rd
San Jose, CA   95111____
(408) 281-8506

Laurie Duarte
80 Lewis Rd
San Jose, CA   95111____
(408) 281-8506

Revised January 1, 2017

**Other Plaintiffs or Defendants**
**(Attachment to Plaintiff's claim and**
**ORDER to Go to Small Claims Court)**

SC-100, Page 11 of 12

→

Tina Balcazar
80 Lewis Rd
San Jose, CA    95111_____
(408) 281-8506

Izamary Zamora
80 Lewis Rd
San Jose, CA    95111_____
(408) 281-8506

John ---
80 Lewis Rd
San Jose, CA    95111_____
(408) 281-8506

Revised January 1, 2017

**Other Plaintiffs or Defendants**
**(Attachment to Plaintiff's claim and**
**ORDER to Go to Small Claims Court)**

SC-100, Page 12 of 12

➔

# EXHIBIT C



# EXHIBIT D

ALEX G. TSE (CABN 152348)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
CLAIRE T. CORMIER (CABN 154365)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5082
FAX: (408) 535-5081
claire.cormier@usdoj.gov

Attorneys for Federal Defendant

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

_____DIVISION

| | |
|---|---|
| WILLIAM CASTANARES VIRAY, | ) CASE NO. _____ |
|     Plaintiff, | ) |
| v. | ) **CERTIFICATION PURSUANT TO** |
| MOE BEDOLLA, et al., | ) **28 U.S.C. § 2679(d)** |
|     Defendants. | ) |
| _____ | ) |

    I, Sara Winslow, hereby certify as follows:

    I am the Chief of the Civil Division of the United States Attorney's Office for the Northern District of California. Pursuant to direction from Alex G. Tse, the United States Attorney for the Northern District of California, I have been authorized to exercise on behalf of the United States Attorney the authority vested in him by the Attorney General, pursuant to 28 C.F.R. § 15.4, to certify pursuant to 28 U.S.C. § 2679(d) that a federal employee named as a defendant in a civil action was acting within the course and scope of his or her employment with reference to the matters alleged in the suit.

    I have reviewed the Complaint in the above-captioned action. On the basis of that document and certain other information provided to me, pursuant to the provisions of 28 U.S.C. § 2679(d) and by

CERTIFICATION PURSUANT TO 28 U.S.C. § 2679(D)
Civil Case No.         1

virtue of the authority vested in me as set forth above, I hereby certify that Defendant Aftim Amin Saba, Associate Area Medical Director, Pacific Area, is an employee of the United States Postal Service and was acting within the scope and course of his employment at all times material to such alleged incidents.

DATED:  August __7__, 2018                    Respectfully submitted,

_Sara Z_____
SARA WINSLOW
Chief, Civil Division

CERTIFICATION PURSUANT TO 28 U.S.C. § 2679(D)
Civil Case No.                                    2

ALEX G. TSE (CABN 152348)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
CLAIRE T. CORMIER (CABN 154365)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5082
FAX: (408) 535-5081
claire.cormier@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

_____DIVISION

| | |
|---|---|
| WILLIAM CASTANARES VIRAY, <br><br> Plaintiff, <br><br> v. <br><br> MOE BEDOLLA, et al., <br><br> Defendants. | CASE NO. _____ <br><br> **CERTIFICATION PURSUANT TO** <br> **28 U.S.C. § 2679(d)** |

I, Sara Winslow, hereby certify as follows:

I am the Chief of the Civil Division of the United States Attorney's Office for the Northern District of California. Pursuant to direction from Alex G. Tse, the United States Attorney for the Northern District of California, I have been authorized to exercise on behalf of the United States Attorney the authority vested in him by the Attorney General, pursuant to 28 C.F.R. § 15.4, to certify pursuant to 28 U.S.C. § 2679(d) that a federal employee named as a defendant in a civil action was acting within the course and scope of his or her employment with reference to the matters alleged in the suit.

I have reviewed the Complaint in the above-captioned action. On the basis of that document and certain other information provided to me, pursuant to the provisions of 28 U.S.C. § 2679(d) and by

CERTIFICATION PURSUANT TO 28 U.S.C. § 2679(D)
Civil Case No.                                                        1

virtue of the authority vested in me as set forth above, I hereby certify that Defendant Eric Thomas, former Manager, Labor Relations, Bay Area District, was an employee of the United States Postal Service and was acting within the scope and course of his employment at all times material to such alleged incidents.

DATED:  August __7__, 2018                              Respectfully submitted,


                                                        _Sara 2._____
                                                        SARA WINSLOW
                                                        Chief, Civil Division

CERTIFICATION PURSUANT TO 28 U.S.C. § 2679(D)
Civil Case No.                              2

ALEX G. TSE (CABN 152348)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
CLAIRE T. CORMIER (CABN 154365)
Assistant United States Attorney

　　150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5082
FAX: (408) 535-5081
claire.cormier@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

_____DIVISION

| | |
|---|---|
| WILLIAM CASTANARES VIRAY, <br><br> 　　Plaintiff, <br><br> v. <br><br> MOE BEDOLLA, et al., <br><br> 　　Defendants. | CASE NO. _____ <br><br> **CERTIFICATION PURSUANT TO** <br> **28 U.S.C. § 2679(d)** |

I, Sara Winslow, hereby certify as follows:

　　I am the Chief of the Civil Division of the United States Attorney's Office for the Northern District of California. Pursuant to direction from Alex G. Tse, the United States Attorney for the Northern District of California, I have been authorized to exercise on behalf of the United States Attorney the authority vested in him by the Attorney General, pursuant to 28 C.F.R. § 15.4, to certify pursuant to 28 U.S.C. § 2679(d) that a federal employee named as a defendant in a civil action was acting within the course and scope of his or her employment with reference to the matters alleged in the suit.

　　I have reviewed the Complaint in the above-captioned action. On the basis of that document and certain other information provided to me, pursuant to the provisions of 28 U.S.C. § 2679(d) and by

virtue of the authority vested in me as set forth above, I hereby certify that Defendant James Kim, former Mail Carrier, Seven Trees Station, was an employee of the United States Postal Service and was acting within the scope and course of his employment at all times material to such alleged incidents.

DATED:  August _7_, 2018                        Respectfully submitted,


_Sara Z_
SARA WINSLOW
Chief, Civil Division

CERTIFICATION PURSUANT TO 28 U.S.C. § 2679(D)
Civil Case No.                          2

ALEX G. TSE (CABN 152348)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
CLAIRE T. CORMIER (CABN 154365)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5082
    FAX: (408) 535-5081
    claire.cormier@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

_____DIVISION

| | |
|---|---|
| WILLIAM CASTANARES VIRAY, | CASE NO. _____ |
| Plaintiff, | |
| v. | **CERTIFICATION PURSUANT TO 28 U.S.C. § 2679(d)** |
| MOE BEDOLLA, et al., | |
| Defendants. | |

I, Sara Winslow, hereby certify as follows:

I am the Chief of the Civil Division of the United States Attorney's Office for the Northern District of California. Pursuant to direction from Alex G. Tse, the United States Attorney for the Northern District of California, I have been authorized to exercise on behalf of the United States Attorney the authority vested in him by the Attorney General, pursuant to 28 C.F.R. § 15.4, to certify pursuant to 28 U.S.C. § 2679(d) that a federal employee named as a defendant in a civil action was acting within the course and scope of his or her employment with reference to the matters alleged in the suit.

I have reviewed the Complaint in the above-captioned action. On the basis of that document and certain other information provided to me, pursuant to the provisions of 28 U.S.C. § 2679(d) and by

CERTIFICATION PURSUANT TO 28 U.S.C. § 2679(D)
Civil Case No.                1

virtue of the authority vested in me as set forth above, I hereby certify that Defendant Christina Balcazar, Supervisor, Customer Services, Seven Trees Station, was an employee of the United States Postal Service and was acting within the scope and course of her employment at all times material to such alleged incidents.

DATED:  August __7__, 2018                    Respectfully submitted,

_Sara 2_____

SARA WINSLOW
Chief, Civil Division

CERTIFICATION PURSUANT TO 28 U.S.C. § 2679(D)
Civil Case No.                                    2

ALEX G. TSE (CABN 152348)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
CLAIRE T. CORMIER (CABN 154365)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5082
FAX: (408) 535-5081
claire.cormier@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

_____DIVISION

| | |
|---|---|
| WILLIAM CASTANARES VIRAY,<br><br>    Plaintiff,<br><br>v.<br><br>MOE BEDOLLA, et al.,<br><br>    Defendants. | CASE NO. _____<br><br>**CERTIFICATION PURSUANT TO 28 U.S.C. § 2679(d)** |

I, Sara Winslow, hereby certify as follows:

I am the Chief of the Civil Division of the United States Attorney's Office for the Northern District of California. Pursuant to direction from Alex G. Tse, the United States Attorney for the Northern District of California, I have been authorized to exercise on behalf of the United States Attorney the authority vested in him by the Attorney General, pursuant to 28 C.F.R. § 15.4, to certify pursuant to 28 U.S.C. § 2679(d) that a federal employee named as a defendant in a civil action was acting within the course and scope of his or her employment with reference to the matters alleged in the suit.

I have reviewed the Complaint in the above-captioned action. On the basis of that document and certain other information provided to me, pursuant to the provisions of 28 U.S.C. § 2679(d) and by

CERTIFICATION PURSUANT TO 28 U.S.C. § 2679(D)
Civil Case No.                                        1

virtue of the authority vested in me as set forth above, I hereby certify that Defendant Izamary Zamora, Manager, Customer Services, Berryessa Station, was an employee of the United States Postal Service and was acting within the scope and course of her employment at all times material to such alleged incidents.

DATED:  August _7_ , 2018                    Respectfully submitted,


                                             _Sara Wal_____
                                             SARA WINSLOW
                                             Chief, Civil Division

CERTIFICATION PURSUANT TO 28 U.S.C. § 2679(D)
Civil Case No.                                        2