**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| WILLIAM CASTANARES VIRAY,<br><br>Plaintiff,<br><br>v.<br><br>MOE BEDOLLA, et al.,<br><br>Defendants. | Case No. 18-cv-04900-BLF<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED WITHOUT PREJUDICE FOR FAILURE TO SERVE DEFENDANTS** |

As indicated in the Court's Order dismissing Plaintiff's complaint, Plaintiff had until November 12, 2018 to serve Defendants in this action. *See* ECF 17; Fed. R. Civ. P. 4(m); 28 U.S.C. 1448 ("In all cases removed from any State court . . . in which any one or more of the defendants has not been [properly] served . . . such process or service may be completed or new process issued in the same manner as in cases originally filed in such district court"); *accord Whidbee v. Pierce Cty.*, 857 F.3d 1019, 1023 (9th Cir. 2017). It does not appear that any Defendant has been properly served. *See* Cormier Decl. ISO U.S. Mot. to Dismiss, ECF 21-1, ¶ 3; *see also* Not. of Removal ¶ 3. In its opinion filed concurrently with this one, the Court granted the United States's motion to dismiss this action with prejudice as to all Defendants except Moe Bedolla, Stanley Halfacre, Laura Duarte, and John L/N/U. Because the deadline to serve these Defendants has now passed, Plaintiff is ORDERED TO SHOW CAUSE **on or before December 17, 2018** why this action should not be dismissed without prejudice as to the unserved Defendants for Plaintiff's failure to properly effectuate service. Failure to meet the deadline to respond to this Order will result in dismissal of Plaintiff's claims without prejudice.

**IT IS SO ORDERED.**

Dated: November 30, 2018

_____
BETH LABSON FREEMAN
United States District Judge